**THOMAS GODFREY**
Assistant U.S. Attorney
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: Thomas.Godfrey@usdoj.gov**

FILED

MAY 21 2026

Clerk, US District Court
District of Montana - Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 26- 54 -BLG- SPW |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **PROHIBITED PERSON IN POSSESSION OF A FIREARM** Title 18 U.S.C. § 922(g)(1) **(Penalty: 15 years of imprisonment, $250,000 fine, and three years of supervised release)** |
| **CHASE RYAN DANIEL HOOPER,** | |
| **Defendant.** | **CRIMINAL FORFEITURE** Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about November 17, 2025, within Yellowstone County, in the State

and District of Montana, the defendant, CHASE RYAN DANIEL HOOPER, knowing

he had been convicted of a crime punishable by imprisonment for a term exceeding

1

one year, knowingly possessed, in and affecting interstate commerce, a firearm, in

violation of 18 U.S.C. § 922(g)(1).

FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant,

CHASE RYAN DANIEL HOOPER, shall forfeit, pursuant to 18 U.S.C. § 924(d), any

firearm and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original
document filed under seal.

FOREPERSON

_____
TIMOTHY J. RACICOT
Acting United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2